# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DARIEN D. CLARK, #854292,<br>    Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA et al.,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br><br>CIVIL ACTION NO.<br>1:11-CV-3556-TWT-ECS |

## FINAL REPORT AND RECOMMENDATION

By Order dated February 29, 2012, the undersigned denied without prejudice Darien D. Clark's request for permission to proceed in forma pauperis ("IFP") in this case and ordered him within thirty days to file another IFP affidavit, without any improper modifications that attempted to limit withdrawals from his inmate account. [See Doc. No. 3 at 1]. The undersigned advised Mr. Clark that "[f]ailure to comply fully with [that] Order [might] result in the dismissal of this case." Id. As of April 11, 2012, Mr. Clark has not complied with that Order.

The undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE** because Mr. Clark has failed to comply with a lawful Order. See LR 41.3A(2), NDGa. The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 17th day of April, 2012.

*S/ E. Clayton Scofield*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DARIEN D. CLARK, #854292, | : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:11-CV-3556-TWT-ECS |
| STATE OF GEORGIA et al., Defendants. | : : | |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72. Let the same be filed and a copy, together with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the report and recommendation may be adopted as the

opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. United States v. Slay, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED,** this 17th day of April, 2012.

                                       ***S/ E. Clayton Scofield***
                                       E. CLAYTON SCOFIELD III
                                       UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)