IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARIEN D. CLARK,

   Plaintiff,

     v.

STATE OF GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3556-TWT

### ORDER

This is a prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to comply with an Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge